AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICKIE L. HILL,<br><br>           Plaintiff,<br><br>v.<br><br>C. ROWLEY, et al.,<br><br>           Defendants. | Case No. 3:15-cv-00038-RCJ-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RICKIE L. HILL,<br><br>           Plaintiff,<br><br>v.<br><br>SUNDAY, et al.,<br><br>           Defendants. | Case No. 3:19-cv-00306-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RICKIE L. HILL,<br><br>           Plaintiff,<br><br>v.<br><br>REUBART, et al.,<br><br>           Defendants. | Case No. 3:19-cv-00329-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RICKIE L. HILL,<br><br>           Plaintiff,<br><br>v.<br><br>BOYD, et al.,<br><br>           Defendants. | Case No. 3:19-cv-00352-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00362-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CHUNG, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00367-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROWLEY, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00381-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROMERO, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00387-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| THOMAS, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00391-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| MORRISON, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00392-MMD-WGC |
|                Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| PARR, et al., | |
|                Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00412-MMD-CLB |
|                Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| ROSE, et al., | |
|                Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00415-MMD-CLB |
|                Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| MALDONADO, et al., | |
|                Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00417-MMD-CLB |
|                Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CASTRO, et al., | |
|                Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00433-MMD-CLB |
|                Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| MALDONADO, et al., | |
|                Defendants. | |

| | |
|---|---|
| 1 | RICKIE L. HILL, | Case No. 3:19-cv-00434-MMD-WGC |
| 2 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3 | v. | |
| 4 | C. ROWLEY, et al., | |
| 5 | Defendants. | |
| 6 | RICKIE L. HILL, | Case No. 3:19-cv-00443-MMD-CLB |
| 7 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 8 | v. | |
| 9 | H. WICKHAM, et al., | |
| 10 | Defendants. | |
| 11 | RICKIE L. HILL, | Case No. 3:19-cv-00444-MMD-WGC |
| 12 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13 | v. | |
| 14 | H. WICKHAM, et al., | |
| 15 | Defendants. | |
| 16 | RICKIE L. HILL, | Case No. 3:19-cv-00445-MMD-WGC |
| 17 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 18 | v. | |
| 19 | BOYD, et al., | |
| 20 | Defendants. | |
| 21 | RICKIE L. HILL, | Case No. 3:19-cv-00446-MMD-WGC |
| 22 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 23 | v. | |
| 24 | REXWINKEL, et al., | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00450-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BAKER, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00451-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SANDOVAL, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00452-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| TRAVIS, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00454-GMN-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BYRNE, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00455-JAD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BYRNE, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00456-REB-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| DUGAN, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00465-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROWLEY, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00471-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SHARP, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00476-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| KERNER, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00477-RCJ-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROWLEY, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No.  3:19-cv-00478-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| W. GITTERE, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No.  3:19-cv-00482-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| HINKLE, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No.  3:19-cv-00493-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BAKER, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No.  3:19-cv-00495-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BAKER, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No.  3:19-cv-00502-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WICKHAM, et al., | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | RICKIE L. HILL, | Case No. 3:19-cv-00505-RCJ-CLB |
| 2 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3 | v. | |
| 4 | WICKHAM, et al., | |
| 5 | Defendants. | |
| 6 | RICKIE L. HILL, | Case No. 3:19-cv-00512-RCJ-CLB |
| 7 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 8 | v. | |
| 9 | WICKHAM, et al., | |
| 10 | Defendants. | |
| 11 | RICKIE L. HILL, | Case No. 3:19-cv-00513-MMD-CLB |
| 12 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13 | v. | |
| 14 | WICKHAM, et al., | |
| 15 | Defendants. | |
| 16 | RICKIE L. HILL, | Case No. 3:19-cv-00514-MMD-WGC |
| 17 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 18 | v. | |
| 19 | WICKHAM, et al., | |
| 20 | Defendants. | |
| 21 | RICKIE L. HILL, | Case No. 3:19-cv-00515-RFB-CLB |
| 22 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 23 | v. | |
| 24 | COLLARD, et al., | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00540-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| ARIAS, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00541-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| NORIEGA, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00588-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROWLEY, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00590-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROWLEY, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:20-cv-00054-RCJ-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| LEMEN, et al., | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | RICKIE L. HILL, | Case No. 3:20-cv-00087-MMD-WGC |
| 2 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3 | v. | |
| 4 | LEMEN, et al., | |
| 5 | Defendants. | |
| 6 | RICKIE L. HILL, | Case No. 3:20-cv-00120-GMN-WGC |
| 7 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 8 | v. | |
| 9 | RANDS, et al., | |
| 10 | Defendants. | |

11    IT IS HEREBY STIPULATED by and between Rickie Lee Hill, in proper person, and Defendants,

12  by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands,

13  Senior Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement

14  between the parties, that the above-captioned actions should be dismissed with prejudice by order of

15  this Court, with each party to bear his own costs.

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

DATED this 9th day of March, 2020.

DATED this ___ day of March, 2020

AARON D. FORD
Attorney General

RICKIE LEE HILL
Plaintiff, *Pro Se*

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** 3/11/2020 _____

11

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 10th day of March, 2020, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** to the following:

Rickie L. Hill #87052
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070

_/s/ Laure Penny_
An employee of the
Office of the Attorney General